IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | NO. 11-514 |
| ISMAIL OYERINDE | : | |

**O R D E R**

**AND NOW**, this 20th day of June, 2013, upon consideration of the defendant's *pro se* "Motion for Relief from Judgment Pursuant to Fed.R.Civ.P. 60(b)(4) and from the Unsigned 'Waiver of Indictment'" (Document #34), and the government's response thereto (Document #41), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.